IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DUANE MCKINNEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 07-01479 (RBW) |
| | ) | |
| UNITED STATES | ) | |
| INTERNAL REVENUE SERVICE | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant United States Internal Revenue Service, through counsel, respectfully moves this Court to dismiss plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(6). Specifically, the complaint makes the same allegations as a previous complaint filed by the plaintiff that was dismissed with prejudice. Hence, plaintiff is estopped from relitigating this issue under the doctrine of res judicata.

A memorandum of points and authorities in support of this motion and a proposed order are submitted herewith.

DATE: September 25, 2007                 Respectfully submitted,

                                         /s/ Nicole M. Stoduto
                                         NICOLE M. STODUTO
                                         Trial Attorney, Tax Division
                                         U.S. Department of Justice
                                         Post Office Box 227
                                         Washington, DC 20044
                                         Telephone: (202) 616-9785
                                         Facsimile: (202) 514-6866
                                         Email: Nicole.M.Stoduto@usdoj.gov

2760939.1

- 2 -

OF COUNSEL:

JEFFREY A. TAYLOR

United States Attorney

- 3 -

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DUANE MCKINNEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 07-01479 (RBW) |
| | ) | |
| UNITED STATES | ) | |
| INTERNAL REVENUE SERVICE | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM IN SUPPORT OF UNITED STATES' MOTION TO DISMISS
PLAINTIFF'S COMPLAINT**

Defendant United States Internal Revenue Service, through counsel, respectfully

moves this Court to dismiss plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(6).

Specifically, the complaint makes the same allegations as a previous complaint filed by

the plaintiff that was dismissed with prejudice.  Hence, plaintiff is estopped from

relitigating this issue under the doctrine of res judicata.

STATEMENT

Plaintiff, Duane McKinney, filed this action on August 17, 2007, seeking the

return of $13,367.53 that was seized on July 22, 2005 from a Bank of America business

account in the name of Brotherhood of Men, Inc.  These funds were seized after an

investigation revealed hat McKinney and others had fraudulently transferred deeds to

real properties from the rightful owners to the Brotherhood of Men, Inc.  These

- 4 -

individuals  would then sell the Brotherhood of Men, Inc.'s apparent interest in these properties to others.  Officials determined that the Bank of America funds at issue, along with other currency and a 2002 BMW were the laundered proceeds of McKinney's scheme and thus subject to forfeiture.

On March 23, 2006, McKinney filed a complaint seeking the return of $13,982.23 seized from the Bank of America account.  That complaint was dismissed with prejudice after McKinney failed to respond to a  motion to dismiss his complaint and an order by the court advising McKinney that a failure to respond would result in the matter being conceded.  Notwithstanding the dismissal with prejudice, plaintiff has filed a near identical complaint, again seeking the return of the seized funds.[1]

## ARGUMENT

Federal courts have long adhered to the doctrine of res judicata. *Cromwell v. County of Sac*, 94 U.S. 351 (1876).  Judgment, when rendered upon the merits, "constitutes an absolute bar to a subsequent action" dealing with the same claim and between the same parties or their privies.  *Id.*  The court ordered McKinney in the previous suit to respond to the motion to dismiss or risk conceding the matter. (No. 06-553 #6, July 26, 2006).  Plaintiff's failure to respond to the motion and the court order rendered the subsequent dismissal an "adjudication upon the merits."  Fed R. Civ. P.

---

[1]Plaintiff originally sought the return of $13,982.23.  Plaintiff was informed the actually seized amount was $13,367.53.  Accordingly, there is a slight discrepancy in the amount demanded for return in the two complaints.

- 5 -

41(b); (No. 06-553 #7, October 20, 2007).  As the present complaint is an attempt to relitigate the same issue between the same parties, it should be dismissed.  *See Allen v. McCurry*, 449 U.S. 90, 94 (1980).

<u>CONCLUSION</u>

For the forgoing reasons, defendant's complaint should be dismissed with prejudice.

DATE: September 25, 2007                 Respectfully submitted,

<u> /s/ Nicole M. Stoduto</u>
NICOLE M. STODUTO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 616-9785
Facsimile: (202) 514-6866
Email: Nicole.M.Stoduto@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR

United States Attorney

- 6 -

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DUANE MCKINNEY                    )
                                  )
            Plaintiff,            )
                                  )
      v.                          )     Civil No. 07-01479 (RBW)
                                  )
UNITED STATES                     )
INTERNAL REVENUE SERVICE          )
                                  )
            Defendant.            )

CERTIFICATE OF SERVICE

IT IS CERTIFIED that service of the foregoing MOTION TO DISMISS

PLAINTIFF'S COMPLAINT and proposed ORDER has been made this 25th day of

September, 2007, by mailing, postage prepaid, addressed to:

> Duane McKinney
> 1035 10th Street NE Unit 1
> Washington, DC 20002

> /s/ Nicole M. Stoduto
> NICOLE M. STODUTO
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 227
> Washington, DC 20044
> Telephone: (202) 616-9785
> Facsimile: (202) 514-6866
> Email: Nicole.M.Stoduto@usdoj.gov

2760939.1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

DUANE MCKINNEY                       )
                                     )
                 Plaintiff,          )
                                     )
        v.                           )        Civil No. 07-01479 (RBW)
                                     )
UNITED STATES                        )
INTERNAL REVENUE SERVICE             )
                                     )
                 Defendant.          )

**O R D E R**

Having considered the United States' motion to dismiss plaintiff's complaint,

together with the memorandum in support thereof, and having further considered

plaintiff's [lack of] opposition thereto, the Court concludes that the motion ought to be

granted.  Accordingly, it is this _____ day of _____, 2007, at

Washington, District of Columbia,

        ORDERED that defendant's motion to dismiss is GRANTED;

        ORDERED that plaintiff' complaint be is DISMISSED with prejudice;