IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DUANE MCKINNEY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES )<br>INTERNAL REVENUE SERVICE )<br>)<br>Defendant. ) | 1:07-cv-01479-RBW |

## PRAECIPE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

On September 25, 2007, defendant United States Internal Revenue Service served and filed a fully supported motion to dismiss the complaint in this action. On September 26, 2007, the Court ordered plaintiff to file an opposition or response to the motion to dismiss by October 25, 2007. As of this date and time, plaintiff has not filed an opposition or response. Please immediately present the motion to dismiss to the Court for consideration.

DATE: November 1, 2007                    Respectfully submitted,

 /s/ Nicole M. Stoduto
NICOLE M. STODUTO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 616-9785
Facsimile: (202) 514-6866

2840336.1

                              Email: Nicole.M.Stoduto@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DUANE MCKINNEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:07-cv-01479-RBW |
| | ) | |
| UNITED STATES | ) | |
| INTERNAL REVENUE SERVICE | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that service of the foregoing PRAECIPE has been made this 1st day of November, 2007, by mailing, postage prepaid, addressed to:

> Duane McKinney
> 1035 10th Street NE Unit 1
> Washington, DC 20002

> /s/ Nicole M. Stoduto
> NICOLE M. STODUTO
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 227
> Washington, DC 20044
> Telephone: (202) 616-9785
> Facsimile: (202) 514-6866
> Email: Nicole.M.Stoduto@usdoj.gov

2841508.1