UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DUANE MCKINNEY,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNAL REVENUE SERVICE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-1479 (RBW)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

    This matter is before the Court on a motion to dismiss filed on behalf of the Internal Revenue Service. In its September 27, 2007 Order, the Court directed plaintiff to file his opposition or other response to the motion not later than October 25, 2007. He was advised that the Court may treat as conceded any motion not opposed within the time limits outlined in the Order. Because plaintiff has not filed a timely opposition or a motion for more time to do so, the Court treats the motion as conceded. *See* LCvR 7(b); *see also FDIC v. Bender*, 127 F.3d 58, 67-68 (D.C. Cir. 1997).

    Accordingly, it is hereby

    ORDERED that defendant's motion to dismiss [Dkt. #7] is GRANTED as conceded, and that this civil action is DISMISSED WITHOUT PREJUDICE.

    This is a final appealable Order. *See* Fed. R. App. P. 4(a).

    SO ORDERED.

                                                                                    /s/
                                                     REGGIE B. WALTON
Date: November 2, 2007                    United States District Judge