UNITED STATES COURT OF THE

DISTRICT OF COLUMBIA

CV 07-01479

(RBW)

DUANE MCKINNEY
      PLAINTIFF,

V.

INTERNAL REVENUE SERVICE
      DEFENDANT

OPPOSITION TO MOTION FOR DISMISSAL

COMES NOW, DUANE MCKINNEY IN PERSON IN THE

DOCTRINE OF PRO SE. IN THE STYLE OF THIS CASE

I MOVES THIS COURT FOR THE RETURN OF THE U.S

CURRENCY OF $13,364.53 WITH INTEREST.

STATEMENT AND ARGUMENT

1. THE INTERNAL REVENUE CLEARLY STATES THESE

FUNDS WERE SEIZED AFTER A INVESTIGATION OF

RECEIVED

NOV - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ALLEGATION. FACT BEING WHAT? ONLY ALLEGATIONS. NO CONVICTION? THIS WOULD ONLY ENTITLE THEM TO SEIZED THESE FUND NOT KEEP THEM WITHOUT JUST CAUSE.

2. YES THAT COMPLAINT WAS DISMISS BECAUSE I DID NOT RESPOND WITHOUT PREJUDICE WHICH THAT ENTITLE ME TO FILE AGAIN WITHIN THE PROCEDURES OF THE LAW.

3. THE LAW WHICH THIS ATTORNEY REFER TO CROMWELL V. COUNTY OF SAC 94U.S .351(1876) DOES NOT APPLY TO THIS CASE AND IT IS CLEARLY A MOOT CASE. THAT CAN NOT BE USED IN THIS CASE.

3. I HAVE PROVEN MY CASE CLEARLY TO THIS COURT I HAVE NOT COMMITED ANY CRIME.

I HAVE NOT BEEN COVICTED OF ANY CRIME.

IN THESE FUNDS ARE FUNDS OF LEGAL PROFITS.

THIS PARTY THAT HAS PROVEN HIMSELF RIGHTFUL OWNER OF THESE FUNDS RESPECTFULLY REQUEST

THIS COURT TO GRANT ME THE RIGHTS WHICH I HAVE BEEN DENIED. I MOVES THIS HONORABLE COURT FOR THE RETURN OF THE $13,982.23.

*Duane McKinney*
1035 10th St N.E Unit 1
Washington D.C 20002