UNITED STATES DISTRICT COURT OF THE

DISTRICT OF COLUMBIA

Duane McKinney
Plaintiff,
v.
United State of America
Defendant.

CV07-01479 (RBW)

## MOTION FOR A STAY

COMES NOW, DUANE MCKINNEY IN PROPER PERSON IN THE DOCTRINE OF PRO SE. IN THE STYLE OF THIS CASE I MOVES THIS COURT TO PLACE THESE CIVL CASES IN STAY UNTIL ITS MANNER OF TRIAL. ALL OF THESE CASE WERE PLACE ON MY CRIMINAL CASE, READ THE INDICTMENT AS FOLLOW.

DUANE MCKINNEY
1035 10TH STREET N.E UNIT 1
WASHINGTON DC, 20002


RECEIVED
NOV - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT OF THE

DISTRICT OF COLUMBIA

DUANE MCKINNEY

CV 07-01479

(RBW)

PLAINTIFF,

V.

UNITED STATES OF AMERICA

DEFENDANT.

ORDER

HAVING CONSIDERED DUANE MCKINNEY MOTION FOR A STAY TOGETHER WITH SUPPORT THEREOF, AND HAVING FURTHER CONSIDERED PLAINTIFF MOTION THERETO, THE COURT CONCLUDES THAT THE MOTION FOR A STAY TO BE GRANTED. ACCORDINGLY, IT IS THIS_____DAY OF _____2007 AT THE HONORABLE COURT OF THE UNITED STATES COURT OF THE DISTRICT OF COLUMBIA.

**ORDERED THAT PLAINTIFF'S MOTION FOR A STAY BE GRANTED.**