IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DUANE MCKINNEY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES )<br>INTERNAL REVENUE SERVICE )<br>)<br>Defendant. ) | Case No. 1:07-cv-01479-RBW |

RESPONSE TO PLAINTIFF'S OPPOSITION TO MOTION FOR DISMISSAL

Defendant United States Internal Revenue Service respectfully moves this Court to deny plaintiff's Opposition to Motion for Dismissal on the grounds that the motion is moot. Specifically, the motion was filed *after* the Court granted defendant's motion to dismiss. Inasmuch as the Court reads the motion as one for relief from the Court's order dismissing the suit, it should also be denied as no grounds from reconsideration are alleged, let alone demonstrated.

A memorandum of points and authorities in support of this motion and a proposed order are submitted herewith.

DATE: December 3, 2007

2903378.1

                    Respectfully submitted,

                    /s/ Nicole M. Stoduto
                    NICOLE M. STODUTO
                    Trial Attorney, Tax Division
                    U.S. Department of Justice
                    Post Office Box 227
                    Washington, DC 20044
                    Telephone: (202) 616-9785
                    Facsimile: (202) 514-6866
                    Email: Nicole.M.Stoduto@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR

United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DUANE MCKINNEY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES )<br>INTERNAL REVENUE SERVICE )<br>)<br>Defendant. ) | Case No. 1:07-cv-01479-RBW |

MEMORANDUM IN SUPPORT OF
RESPONSE TO PLAINTIFF'S OPPOSITION TO MOTION FOR DISMISSAL

The United States opposes plaintiff's Opposition to Motion for Dismissal on the grounds that the motion is moot. Specifically, the motion was filed *after* the Court granted defendant's motion to dismiss. Inasmuch as the Court reads the motion as one for relief from the Court's order dismissing the suit, it should also be denied as no grounds from reconsideration are alleged, let alone demonstrated.

STATEMENT

Plaintiff, Duane McKinney, filed this action on August 17, 2007, seeking the return of $13,367.53 that was seized on July 22, 2005 from a Bank of America business account in the name of Brotherhood of Men, Inc. These funds were seized after an investigation revealed that McKinney and others had fraudulently transferred deeds to real properties from the rightful owners to plaintiff or the Brotherhood of Men, Inc.

1

2903378.1

Plaintiff would then sell his or the Brotherhood of Men, Inc.'s apparent interest in these properties to others.  Officials determined that the Bank of America funds at issue, along with other currency and a 2002 BMW were the laundered proceeds of McKinney's scheme and thus subject to forfeiture.

On March 23, 2006, McKinney filed a complaint seeking the return of $13,982.23 seized from the Bank of America account.  That complaint was dismissed with prejudice after McKinney failed to respond to a motion to dismiss his complaint and an order by the court advising McKinney that a failure to respond would result in the matter being conceded.  Notwithstanding the dismissal with prejudice, plaintiff filed a near identical complaint, again seeking the return of the seized funds.[1]  This complaint was dismissed on November 2, 2007 as plaintiff again failed to respond to defendant's motion to dismiss.  Three days after the order dismissing the case, plaintiff filed an Opposition to Motion for Dismissal.

## ARGUMENT

_____Defendant's Opposition to Motion for Dismissal should be denied because it was filed *after* the Court ordered the case dismissed.  It is therefore moot.  *Cf. Church of Scientology v. United States*, 506 U.S. 9, 12 (1992)("A federal court has no authority to render a decision upon moot questions.").

---

[1] Plaintiff originally sought the return of $13,982.23.  Plaintiff was informed the actually seized amount was $13,367.53.  Accordingly, there is a slight discrepancy in the amount demanded for return in the two complaints.

Inasmuch as the Court treats defendant's motion as one for relief from judgment, it must also be denied as no grounds for relief are even alleged, let alone demonstrated. *See* Fed. R. Civ. P. 60. Moreover, the motion is replete with misleading statements and blatant inaccuracies.[2] As such, it should be denied.

## CONCLUSION

For the forgoing reasons, defendant's Opposition to Motion for Dismissal should be denied.

DATE: December 3, 2007

                                        Respectfully submitted,

                                        /s/ Nicole M. Stoduto
                                        NICOLE M. STODUTO
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 227

---

[2] While it is true that plaintiff has not been convicted, (Mtn. ¶ 1), that is because he is still awaiting trial, not because he has been found not guilty. Moreover, despite plaintiff's contrary contentions, the government *is* entitled to hold the seized funds.

    Plaintiff alleges his previous case was dismissed "without prejudice" entitling him to file again. (Mtn. ¶ 2.) Actually, the previous case was "dismissed with prejudice" thus barring the current action. (No. 06-553 #7, October 20, 2007.)

    Plaintiff argues that *Cromwell v. County of Sac*, 94 U.S. 351 (1876) is "clearly [] moot" and "can not be used in this case." (Mtn. ¶ 3.) Plaintiff offers no support for these claims, failing to mention why a Supreme Court decision cannot be cited in his case.

    Plaintiff argues that he has "proven [his] case clearly to this court [that he has] not committed any crime" and that "these funds are funds of legal profits." (Mtn. ¶ 4.) Plaintiff clearly has not so demonstrated, and the legality of his actions and profits await judgment in his criminal trial.

        Washington, DC 20044
        Telephone: (202) 616-9785
        Facsimile: (202) 514-6866
        Email: Nicole.M.Stoduto@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR

United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DUANE MCKINNEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-01479-RBW |
| ) | |
| UNITED STATES ) | |
| INTERNAL REVENUE SERVICE ) | |
| ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that service of the foregoing OPPOSITION TO PLAINTIFF'S OPPOSITION TO MOTION FOR DISMISSAL, MEMORANDUM, and proposed ORDER has been made this 3rd day of December, 2007, by mailing, postage prepaid, addressed to:

> Duane McKinney
> 1035 10th Street NE Unit 1
> Washington, DC 20002

> /s/ Nicole M. Stoduto
> NICOLE M. STODUTO
> Trial Attorney, Tax Division

2903378.1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DUANE MCKINNEY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES )<br>INTERNAL REVENUE SERVICE )<br>)<br>Defendant. ) | Case No. 1:07-cv-01479-RBW |

O R D E R

Having considered plaintiff's Opposition to Motion for Dismissal and the United States' response, the Court concludes that plaintiff's motion ought to be DENIED. Accordingly, it is this _____ day of _____, 2007, at Washington, District of Columbia,

ORDERED that plaintiff's Opposition to Motion for Dismissal is DENIED.

_____
REGGIE B. WALTON
United States District Judge