UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DUANE MCKINNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1479 (RBW) |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

It is hereby

ORDERED that plaintiff's motion to stay [Dkt. #12] is DENIED.  Pursuant to the Court's November 2, 2007 Order, this civil action has been dismissed without prejudice for plaintiff's failure to file a timely opposition to defendant's motion to dismiss.

SO ORDERED.

/s/
REGGIE B. WALTON
United States District Judge

Date:  December 28, 2007